UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOSIAH KADRUS DAVIS,                 **INDICTMENT**

       Defendant.

_____/

The Grand Jury charges:

**Felon in Possession of a Firearm**

Between on or about June 17, 2026 and June 18, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

JOSIAH KADRUS DAVIS,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded and stolen Glock 43X semiautomatic pistol, serial number BUZW525, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

_____
TIMOTHY VERHEY
United States Attorney